UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JAMES MICHAEL KENNEY-PRENTISS, Plaintiff, | ) | |
| v. | ) | No. 1:25-cv-02018-MPB-MJD |
| STEPHANIE RENEE HOFFER, Defendant. | ) | |

**MINUTE ENTRY FOR MAY 19, 2026**
**IN-PERSON HEARING**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

Plaintiff appeared *pro se*, and Defendant appeared by counsel, for an in-person show cause hearing, [Dkt. 38], and a hearing on Plaintiff's Verified Motion to Reschedule Settlement Conference, [Dkt. 39]. Following a discussion with Plaintiff, the order to show cause is hereby **DISCHARGED**.

Plaintiff orally moved to withdraw Plaintiff's Verified Motion to Reschedule Settlement Conference, [Dkt. 39], which motion was **GRANTED**. The Clerk is directed to show Docket No. 39 as **WITHDRAWN**. The June 4, 2026 telephonic settlement conference will proceed as scheduled. [Dkt. 31 at 1-4.]

Dated: 26 MAY 2026

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.

And Via U.S. Mail and Email to:

JAMES MICHAEL KENNEY-PRENTISS
1220 West 6th Street
Suite 303
Cleveland, OH 44113
JMKP@justiceincleveland.com