**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| JAMES MICHAEL KENNEY-PRENTISS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:25-cv-02018-MPB-MJD |
| v. | ) | |
| | ) | |
| STEPHANIE RENEE HOFFER, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Defendant, Stephanie Hoffer, by counsel, respectfully files her Motion for Summary Judgment in this action filed by Plaintiff, Jamies Kenney-Prentiss, and in support thereof state as follows:

1. Kenney-Prentiss asserts tort claims against Hoffer relating to their failed romantic relationship, Hoffer's subsequent efforts to secure a protective order against Kenney-Prentiss, and their ongoing child custody dispute. The complaint includes eight remaining claims: (1) defamation, (2) invasion of privacy, (3) malicious prosecution, (4) abuse of process, (5) claims under the Indiana Crime Victims Relief Act, (6) conversion, (7) intentional infliction of emotional distress, and (8) civil conspiracy. Discovery has confirmed that the evidence fails to support any of his claims. Accordingly, Hoffer respectfully requests that summary judgment be granted in her favor.

2. In support of her motion, Hoffer contemporaneously files a Brief in Support of her Motion for Summary Judgment and the attached exhibits, which are incorporated by reference.

WHEREAS, Defendant Stephanie Hoffer, by counsel, respectfully requests that this Court grant summary judgment in her favor pursuant to Fed. R. Civ. P. 56.

Respectfully submitted,

*/s/ Philip R. Zimmerly*
Philip R. Zimmerly (Attorney No. 30217-06)
Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000
(317) 684-5173 (FAX)
PZimmerly@boselaw.com

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2026, a copy of the foregoing document was filed electronically, that a copy was emailed to *pro se* Plaintiff, and that a copy will follow via United States Mail:

James Michael Kenney-Prentiss
1220 W 6th Street, Suite 303
Cleveland, OH 44113
440-212-6672
JMKP@JusticeInCleveland.com

*/s/ Philip R. Zimmerly*
Philip R. Zimmerly